IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| SHIRLEY RABE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 4:22-cv-4166 |
| | ) | |
| vs. | ) | |
| | ) | |
| ELISHA SUTTON, | ) | |
| | ) | |
| Defendant, | ) | |

## COMPLAINT

NOW COMES the plaintiff, Shirley Rabe, by Melton Law Firm, LLC, M. Tod Melton of counsel, and for her Complaint against Elisha Sutton, defendant, states:

### PARTIES

1. At all times relevant hereto, Shirley Rabe was and is an adult resident citizen of Henry County, Iowa.

2. Elisha Sutton, at all times relevant hereto, was and is an adult resident citizen of Henderson County, Illinois.

### JURISDICTION AND VENUE

4. The Court has subject matter jurisdiction of this action pursuant to 28 USC §1332, as the parties are citizens of different states, and the amount in controversy is in excess of $75,000.00.

5. Venue is proper pursuant to 28 USC §1391(b). Defendant resides in the Central District of Illinois, Rock Island Division, and all the events giving rise to this action occurred in the Central District of Illinois, Rock Island Division.

### FACTUAL ALLEGATIONS

6. On October 8, 2021, at approximately 4:00 p.m. the plaintiff, Shirley Rabe, was operating a certain vehicle, to-wit, a 2013 Ford Fusion, VIN Number 3FA6P0HR8DR156792 in a southbound direction on Illinois Highway 94 just north of the intersection with Biggsville Township Road E 1600, in or near the city of Biggsville, Henderson County, Illinois.

7. At the aforementioned time and place, the defendant, Elisha Sutton, was operating a certain vehicle, to-wit: a 2005 Buick Century, VIN Number 2G4WS52J151124146 in a northbound direction on Illinois Highway 94.

8. At the aforementioned time and place, the defendant, Elisha Sutton, attempted to pass another northbound vehicle in a no passing zone at the crest of the hill.

9. The defendant, Elisha Sutton, was then and there guilty of one or more of the following negligent acts and/or omissions:

   a. Attempted to pass another vehicle when it was unsafe to do so;
   b. Drove too fast;
   c. Failed to reduce speed to avoid a collision;
   d. Failed to take evasive action to avoid a collision;
   e. Failed to maintain control of his vehicle.

### COUNT I
*Personal Injury*

10. As a direct and proximate result of one or more of the negligent acts and/or omissions, the vehicle operated by Elisha Sutton collided head on with the front end of the vehicle operated by Shirley Rabe.

11. Plaintiff sustained personal injuries in the collision. By reason of said injuries, plaintiff:

a. Has incurred and will incur past and future medical expenses;

b. Has suffered a diminished ability to enjoy the pleasurable aspects of life;

c. Has endured and will endure past and future pain and suffering; and

d. Has endured and will endure past and future emotional distress.

## COUNT II
### *Willful and Wanton Misconduct*

12. Elisha Sutton's actions, in trying to pass another vehicle at a high rate of speed, in a no passing zone at the crest of a hill, demonstrated an intentional, indifferent and/or conscious disregard for the safety of others, including Shirley Rabe.

## PRAYER FOR RELIEF

WHEREFORE, premises considered, the plaintiff, Shirley Rabe, respectfully prays that this court enter judgment for the plaintiff and against the defendant for compensatory damages in the amount of $1.25 million, exemplary damages in the amount of $5 million, and all costs of this cause.

Respectfully submitted,

Shirley Rabe, Plaintiff

By: _____
M. Tod Melton
**Melton Law Firm, LLC**
907 Rock Falls Road
Rock Falls, IL 61071
(309) 794-0784
mtmelton@meltonlawfirmllc.com